

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>                    Plaintiff<br>vs.<br><br>JONATHAN ALEXIS AYALA  (1)<br>                    Defendant | CASE NO. 14CR0227-BTM<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |
|---|---|

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 1/28/2015

HONORABLE DAVID H. BARTICK
United States Magistrate Judge